An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MATYLINSKY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63438

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion for leave to file supplemental petitions for a writ of habeas corpus. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for leave to file supplemental petitions for a writ of habeas corpus, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21641

cc:    Hon. Patrick Flanagan, District Judge
Frank Matylinsky
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk